IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Pettiford, Sherrill R | Case Number: 08 B 11984 |
|---|---|
| | Judge: Squires, John H |
| Printed: 03/24/09 | Filed: 5/12/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion:  March 20, 2009
Confirmed: August 20, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,472.36 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,375.75 |
| Trustee Fee: |  | 96.61 |
| Other Funds: |  | 0.00 |
| Totals: | 1,472.36 | 1,472.36 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,399.00 | 1,375.75 |
| 2. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 3. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 4. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 5. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 51.17 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 143.14 | 0.00 |
| 8. | Michael Reese Hospital And Medical Cntr | Unsecured | 39.96 | 0.00 |
| 9. | Nordstrom | Unsecured | 186.02 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 51.23 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 45.02 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 101.43 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 112.84 | 0.00 |
| 14. | City Of Chicago Dept Of Revenue | Unsecured | 21.88 | 0.00 |
| 15. | Macy's | Unsecured | 64.33 | 0.00 |
| 16. | Citibank | Secured | | No Claim Filed |
| 17. | Washington Mutual | Secured | | No Claim Filed |
| 18. | GMAC Mortgage | Secured | | No Claim Filed |
| 19. | Concord Service Corporation | Secured | | No Claim Filed |
| 20. | Washington Mutual | Secured | | No Claim Filed |
| 21. | Allied Interstate | Unsecured | | No Claim Filed |
| 22. | Chase Bank | Unsecured | | No Claim Filed |
| 23. | Chase | Unsecured | | No Claim Filed |
| 24. | Cardiology | Unsecured | | No Claim Filed |
| 25. | Echelon Recovery, Inc | Unsecured | | No Claim Filed |
| 26. | First Premier | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Pettiford, Sherrill R

Printed: 03/24/09

Case Number:  08 B 11984
Judge: Squires, John H
Filed:  5/12/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. GEMB | Unsecured | | No Claim Filed |
| 28. Malcolm S Gerald & Assoc | Unsecured | | No Claim Filed |
| 29. HSBC | Unsecured | | No Claim Filed |
| 30. Mercy Hospital | Unsecured | | No Claim Filed |
| 31. Filene Financial Recovery | Unsecured | | No Claim Filed |
| 32. Naresh Upadhyay MD | Unsecured | | No Claim Filed |
| 33. TRS Recovery Services Inc | Unsecured | | No Claim Filed |
| 34. Radiological Physicians | Unsecured | | No Claim Filed |
| 35. Sprint Nextel | Unsecured | | No Claim Filed |
| 36. Resurgent Capital Services | Unsecured | | No Claim Filed |
| 37. Rodale Book | Unsecured | | No Claim Filed |
| 38. University Of Chicago Medical Center | Unsecured | | No Claim Filed |
| 39. Unimed | Unsecured | | No Claim Filed |
| 40. University of Illinois | Unsecured | | No Claim Filed |
| 41. University of Illinois | Unsecured | | No Claim Filed |
| 42. FC&A | Unsecured | | No Claim Filed |
| 43. I C Systems Inc | Unsecured | | No Claim Filed |
| 44. Black Expressions | Unsecured | | No Claim Filed |
| 45. Commonwealth Edison | Unsecured | | No Claim Filed |
| 46. Jerry Baker | Unsecured | | No Claim Filed |
| 47. Nicor Gas | Unsecured | | No Claim Filed |
| | | $ 4,216.02 | $ 1,375.75 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 37.20 |
| 6.6% | 59.41 |
| | $ 96.61 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: